FILED
SEP 26 2022
Clerk, U.S. District Court
By: [signature] Deputy Clerk

Sharon Cloud
Name

Larned State Hospital Isaac Ray East 2

1301 KS Highway 264 Larned, KS 67550
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

Sharon Cloud, Plantiff
(Full Name)

v.

State of Kansas, Defendant (s)

CASE NO. 22-3210-JWL-JPO
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

A. JURISDICTION

1) Sharon Cloud (Plaintiff), is a citizen of United States (State) who presently resides at Larned State Hospital PSP Isaac Ray East 2 1301 KS Highway 264 Larned, KS 67550 (Mailing address or place of confinement.)

2) Defendant Richard N Raleigh (Name of first defendant) is a citizen of Kansas (City, State), and is employed as Attorney at Law (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

Filed a petition in Pawnee County District Court to get a Hold order at Larned State Hospital PSP Isaac Ray East 2 involuntary commitment to treatment.

3) Defendant Mandi Stephenson (Name of second defendant) is a citizen of Kansas (City, state), and is employed as Attorney at Law (Position and title, if any). At the time the claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ] . If your answer is "Yes", briefly explain:

acted as my personal attorney instead trying to force me into a plea deal with the State.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

B. NATURE OF THE CASE

1) Briefly state the background of your case: I Sharon Cloud retired on 4/15/19 and I recieve federal benefits. I bought a brandnew 2021 Chevrolet Spark never register on 9/3/21 with my federal benefits I am the owner of my vehicle. I have the Manufacture Certificate of Vehicle. The property of GM, The state has no rights to my vehicle. State officials wants me to give up Ownership Rights and register my vehicle with the State. So I was arrested and vehicle towed on 4/24/22. I Sharon Cloud have a federal right to own Property.

Defendants

Richard N Raleigh
201 N Jennings Ave
Anthony, KS 67003

Mandi Stephenson
227 N main St
Kingman, KS 67068

Scott McPherson
201 N Jennings Ave
Anthony, KS 67003

Melania Miller
115 E. Steadman
Anthony, KS 67003

Anthony Police Officer (unknown)
Anthony, KS 67003

Sharon Cloud 9/16/22

Scott McPherson

Kansas

Judge

yes acted under color of state law

acted as a Judge over the case, he threaten me with Jail time and tried to get as much money as he can for the State

Melania Miller

Kansas

Deputy Sheriff

Yes acted under the color of state law

Arrested me, towed my vehicle at residence, and seized my federal benefits on a bench warrant Failure to Appear in Court and without Due Process taken to Harper County Jail on 4/24/22

Anthony Police Officer (unknow)

Kansas

Yes acted under the color of state law

Arrested me and towed my vehicle while I was parked without probable cause and Due Process taken to Harper County Jail on 11/24/21

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Priviledges were taken in Harper County Jail before there given. I Sharon Cloud have been subjected to inhumane jail condition.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Since the arriving date in Harper County Jail on 4/24/22 I am not allowed Commonsary and No Phone Calls. Mandi Stephenson intentionally prolonged my time in jail without probable cause and also threaten me that if I didn't cooperate things will only get worse for me.

B) (1) Count II: I Sharon Cloud have a right to own property. My 2021 Chevrolet Spark and federal benefits was seized without Due Process. I have a right to travel without interference of state officials

(2) Supporting Facts: Melania Miller arrested me at my residence 1300 N Westview #802 Harper, KS on a bench warrant Failure to appear in court, towed my vehicle to Newberry in Harper, KS and seized my federal benefits and took me to Harper County Jail on 4/24/22. I have a Right to be Free.

C) (1) Count III: Richard N Raleigh filed a petition in Pawnee District Court and label me as a mentally ill person and criminal who needs to be put on force psychiatric medication.

(2) Supporting Facts: Larned State Hospital PSP Isaac Ray East 2 neglected to do a psycological evaluation or assessment. I was just placed on force psychiatric medication by injection using Security at Larned State Hospital. as a punishment tool which is abuse

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: ______

Defendants: ______

b) Name of court and docket number ______

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______

d) Issues raised ______

D)(1) Count IV: Anthony Police who is unknown arrested me without probable cause and towed my vehicle to Newberry in Harper, KS without Due Process. I Sharon Cloud was threaten by officer Jail time if I did not agree to appear in Thirtieth District Court.

(2) Supporting Facts: While I was parked at Genes Grocery Store in Anthony, KS I was arrested by an unknown officer on 11/24/21 my vehicle was towed and I was taken to Harper County Jail in Anthony, KS. only to get me to agree to appear in Thirtieth District Court in Anthony, KS. I Complained to the Thirtieth District Court in writing instead of appearing in State Court.

E)(1) Count V: I Sharon Cloud was mentally abused by Scott McPherson. I told Scott McPherson I donot want a court appointed attorney he took that right away and gave me Mandi Stephenson.

(2) Supporting Facts: Scott McPherson threaten me with longterm jail time and set a high bond, Scott McPherson tried to get as much money as he can for the State. I have a right to be Free from State control. State officials took my freedom on 4/24/22. I have a right to be free. I do believe State officials was motivated by my Race (Black) and I do believe state officials use my disability as a motivation to cause me even more harm which is a violation of my disability Rights.

Sharon Cloud 9/16/22

e) Approximate date of filing lawsuit ______

f) Approximate date of disposition ______

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I get harassed by State officials, doses of the psychiatric medication gets increased and I'm subjected to a Hostile Environment. State officials is fully aware that I have Seizures that is caused by Stress.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Relief from State Control. I Sharon Cloud have a right to be FREE. I'm suing the State of Kansas for puntive, monetary, compensatory, mental damages and Court fees. I Sharon Cloud is suing the State of Kansas for my FREEDOM.

______
Signature of Attorney (if any)

Sharon Cloud 9/16/22
Signature of Plaintiff

______

______

______
(Attorney's full address and telephone number)